In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-201 CR


____________________



BRIAN HOWARD WALKER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the County Court at Law No. 3


Montgomery County, Texas


Trial Cause No. 04-197528






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Brian Howard Walker, to
withdraw his notice of appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by
appellant personally. No opinion has issued in this appeal. The motion is granted and the
appeal is therefore dismissed.

 APPEAL DISMISSED.

 ___________________________

 HOLLIS HORTON

 Justice


Opinion Delivered August 24, 2005

Do Not Publish

Before Gaultney, Kreger and Horton, JJ.